

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRYCE J. WALLACE, ELITE DRILLERS CORPORATION, and Intervenor UNITED FIRE & CASUALTY COMPANY and its parent, UNITED FIRE GROUP, INC., | § § § § | No. 08-17-00248-CV<br><br>Appeal from the<br><br>143rd District Court |
| Appellants, | § | of Reeves County, Texas |
| v. | § | (TC# 15-04-21001-CVR) |
| ENERGEN RESOURCES CORPORATION, | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment of the trial court granting summary judgment. We therefore reverse the judgment of the court below and remand this matter for further proceedings consistent with this opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.